ACCEPTED
03-15-00100-CV
5492390
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 2:21:04 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00100-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 2:21:04 PM
JEFFREY D. KYLE
Clerk

_____

## IN RE THE ESTATE OF EDELL WADE, DECEASED.

### JAMES E. WADE,

**Appellant**

### V.

### JOHNNY WADE AND AMANDA WADE, INDIVIDUALLY AND AMANDA WADE AS THE INDEPENDENT EXECUTOR OF THE ESTATE OF EDELL WADE,

**Appellees**

_____

On Appeal from the County Court at Law of Burnet County, Texas

_____

### APPELLEES' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

1.     Appellees, Johnny Wade and Amanda Wade, Individually and Amanda Wade as the Independent Executor of the Estate of Edell Wade, request an extension of time to file Appellees' Brief. Appellees' Brief is currently due on Wednesday, June 17, 2015. Appellees seek a 30-day extension to Friday, July 17, 2015.

2. **CERTIFICATE OF CONFERENCE:** Counsel for Appellees has conferred with Counsel for Appellant who has represented that Appellant does not oppose this motion.

3. Counsel responsible for drafting and filing Appellees' Brief has a longstanding family vacation scheduled in early June and a number of other cases requiring his attention.

4. Because Appellees' Brief is currently due June 17, 2015, this extension is necessary to afford counsel for Appellees adequate time to prepare the Appellees' Brief in this case.

5. Appellees have not previously requested any extensions of time to file Appellees' Brief.

WHEREFORE, premises considered, Appellees request that the Court set July 17, 2015 as the deadline for Appellees to file Appellees' Brief in this case.

Respectfully submitted,

/s/ Boyce C. Cabaniss
Boyce C. Cabaniss
State Bar No. 03579950
William G. Christian
State Bar No. 00793505
GRAVES, DOUGHERTY, HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone: (512) 480.5660
Facsimile: (512) 480.5860

bcabaniss@gdhm.com
wchristian@gdhm.com
**Attorneys for Appellees Johnny Wade and Amanda Wade, Individually**


/s/ Claude E. Ducloux
Hill, Ducloux, Carnes & De La Garza
State Bar No. 06157500
400 West 15th Street, Suite 808
Austin, Texas  78701
Telephone:  (512) 474-7054
Facsimile:  (512) 474-5605
cducloux@hdcdlaw.com
**Attorney for Appellee Amanda Wade as the Independent Executor of the Estate of Edell Wade**


## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing  has been served via electronic service to all counsel of record listed below on this 1st day of June, 2015.

Sheldon E. Richie
Emily J. Seikel
100 Congress Avenue, Suite 1750
Austin, Texas  78701
srichie@rg-austin.com
eseikel@rg-austin.com


/s/  Boyce C. Cabaniss
Boyce C. Cabaniss